The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA SAEPOFF,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC.; HSBC BANK USA, N.A. AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2007-WM2; OCWEN MORTGAGE SERVICING, LLC; MERSCORP HOLDINGS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JOHN DOES 1-20,<br><br>Defendants, | Case No. 2:17-cv-000957-RSL<br><br>[PROPOSED] ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND |

HSBC BANK USA, N.A. AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM2, ASSET BACKED PASS-THROUGH CERTIFICATES;
    Counterclaimant/Crossclaimant,

v.

JESSICA SAEPOFF; UNKNOWN BENEFICIARY OF THE 4003 92ND AVENUE SE LAND TRUST; MARTIN VICTOR BRENT, TRUSTEE OF THE 4003 92ND AVENUE SE LAND TRUST; RANDY STYER, TRUSTEE OF THE 4003 92ND AVENUE SE LAND TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STATE OF WASHINGTON; UNITED STATES OF AMERICA; OCCUPANTS OF THE PREMISES,

  Counterdefendants/Crossdefendants,

Upon review of the pleadings, and for good cause shown, the United States' Unopposed Motion for Extension of Time to Answer or Otherwise Response is GRANTED. The United States shall have until July 22, 2017, to answer or otherwise respond to the Counterclaim.

Additionally, the initial scheduling dates set by the Court on June 26, 2017 (Dkt. No. 6) will be continued.

IT IS SO ORDERED.

DATED this 6th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

1  Presented by:

2  DAVID A. HUBBERT
   Acting Assistant Attorney General

3
   /s/ Rika Valdman
4  RIKA VALDMAN
   Trial Attorney, Tax Division
5  U.S. Department of Justice
   P.O. Box 683
6  Washington, D.C. 20044
   202-514-6056 (v)
7  202-307-0054 (f)
   rika.valdman@usdoj.gov

8
   *Of Counsel:*
9
   ANNETTE L. HAYES
10 United States Attorney
   Western District of Washington

11
   *Attorneys for the United States of America*
12