1

2

3

4

The Honorable Robert S. Lasnik

5

6                    **UNITED STATES DISTRICT COURT**
                **WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

7

JESSICA SAEPOFF,                              Case No.: 17-cv-00957-RSL

8
                Plaintiff,                    **STIPULATION FOR ENTRY OF**
9        v.                                   **LIMITED JUDGMENT AND DECREE OF**
                                              **FORECLOSURE BETWEEN HSBC BANK**
10   NORTH CASCADE TRUSTEE SERVICES,          **USA, N.A. AND DEFENDANT MARTIN**
     INC.; et al.,                            **VICTOR BRUNT, TRUSTEE OF THE**
11                                            **4003 92ND AVENUE SE LAND TRUST**
                Defendants,                   **(Erroneously named as Martin Victor**
12   HSBC BANK USA, N.A. AS TRUSTEE ON        **Brent)**
     BEHALF OF ACE SECURITIES CORP.
13   HOME EQUITY LOAN TRUST AND FOR
     THE REGISTERED HOLDERS OF ACE
14   SECURITIES CORP. HOME EQUITY
     LOAN TRUST, SERIES 2007-WM2, ASSET
15   BACKED PASS-THROUGH
     CERTIFICATES;
16
                Counterclaimant/Crossclaimant,
17
18        v.

19   JESSICA SAEPOFF; et al.

20              Counterdefendants/
                Crossdefendants,

21

22   The parties to this action, by the signature of their counsel of record to this Stipulation, do

23   stipulate and agree as follows:

24
**STIPULATED JUDGMENT AND DECREE OF**              Wright, Finlay, & Zak, LLP
**FORECLOSURE AS TO DEFENDANT MARTIN**                3600 15th Ave W, Ste 200
**VICTOR BRUNT- Page 1**                                Seattle, WA 98119
                                              PH: (206) 946-8109 / FAX: (949) 608-9142

## I.   RECITALS

1.   Counsel for HSBC Bank USA, N.A. as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2007-WM2, Asset Backed Pass-Through Certificates ("HSBC") signs this stipulation with authority required to bind HSBC and their successors, and assigns to the terms of this Stipulation and any Judgment resulting from it.

2.   Martin Victor Brunt, Trustee of the 4003 92nd Avenue SE Land Trust (erroneously named as Martin Victor Brent) ("Defendant") signs this stipulation pro se.

3.   HSBC has filed a counter-complaint asserting numerous claims and theories of recovery against Defendant.

4.   The parties agree that the terms of the proposed judgment, as set out below, constitute a full and fair settlement of all claims against Defendant raised in this matter and that could be raised in this matter and should be entered as a limited judgment as to Defendant by the Court. This judgment is intended to and will extinguish all claims that exist or that may exist between HSBC and Defendant, known or unknown, as of the date of this Stipulation is signed.

## II.   TERMS OF JUDGMENT

1.   The interest of HSBC in the property is superior to any interest or claim of Defendant in the real property located at 4033 92nd Avenue Southeast, Mercer Island, WA 98040 ("Property").

2.   The interest of Defendant in the Property by virtue of the Quit Claim Deed recorded on September 23, 2010 under King County Auditor's file no. 20100923000012 and any other paperwork on the Subject Property located at 4033 92nd Avenue Southeast, Mercer Island, WA 98040 is hereby foreclosed.

**STIPULATED JUDGMENT AND DECREE OF FORECLOSURE AS TO DEFENDANT MARTIN VICTOR BRUNT**- Page 2

Wright, Finlay, & Zak, LLP
3600 15th Ave W, Ste 200
Seattle, WA 98119
PH: (206) 946-8109 / FAX: (949) 608-9142

1    3.    HSBC will not take a money judgment against Defendant.

2    4.    Defendant is responsible for the payment of their attorney's fees and costs, if any.

3    **III. SIGNATURES**

4    This Stipulation was executed by HSBC on July 18, 2017 in Seattle, WA.

5    **WRIGHT, FINLAY & ZAK, LLP**

6    By: /s/Laura N. K. Coughlin_____
     Laura N. K. Coughlin, WSBA #46124
7    3600 15th Ave. W., Suite 200
     Seattle, WA 98119
8    (206) 946-8109
     lcoughlin@wrightlegal.net
9    Attorneys for HSBC

10   **MARTIN VICTOR BRUNT, TRUSTEE OF THE 4003 92ND AVENUE SE LAND TRUST**

11   This Stipulation was executed by Martin Victor Brunt on June 28, 2017 in Bellevue, WA

12
     By: /s/Martin Victor Brunt_____
13   Martin Victor Brunt, pro se
     4885 Lakehurst Lane SE
14   Bellevue, WA 98006
     (425)786-3352
15   solarcentrill@comcast.net

16   **IV. ORDER ON STIPULATION**

17       The Court has reviewed and accepted this Stipulation as a proper disposition of

18   Defendant's interest in this matter. Therefore,

19       IT IS ORDERED that the Clerk of this Court enter judgment against Martin Victor Brunt

20   (erroneously named as Martin Victor Brent), according to the provisions of FRCP 58 and in

21   accordance with the terms of this Stipulation. Judgment as to Defendant shall be so entered

     forthwith.

22   Dated:    _July 29, 2017_

23                                        _[signature]_

24                                        HON. ROBERT S. LASNIK

     **STIPULATED JUDGMENT AND DECREE OF**          Wright, Finlay, & Zak, LLP
     **FORECLOSURE AS TO DEFENDANT MARTIN**              3600 15th Ave W, Ste 200
     **VICTOR BRUNT- Page 3**                              Seattle, WA 98119
                                          PH: (206) 946-8109 / FAX: (949) 608-9142