| | |
|---|---|
| | The Honorable Robert S. Lasnik |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESSICA SAEPOFF,<br><br>       Plaintiff,<br>v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC.; et al.,<br><br>       Defendants,<br>HSBC BANK USA, N.A. AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM2, ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>       Counterclaimant/Crossclaimant,<br>v.<br><br>JESSICA SAEPOFF; et al.<br><br>       Counterdefendants/<br>       Crossdefendants, | Case No.: 17-cv-00957-RSL<br><br>**ORDER AUTHORIZING SERVICE BY PUBLICATION UPON DEFENDANTS** |

It appearing from the records in the above-entitled action that due diligence to personally serve defendants was accomplished and the counter defendants could not be located.

ORDER AUTHORIZING SERVICE
BY PUBLICATION
(17-cv-00957-RSL) – Page 1

1     Now, therefore, on request of counsel for HSBC, an Order Authorizing Service of the Summons by Publication upon Unknown Beneficiary of the 4003 92nd Avenue SE Land Trust; Randy Styer, Trustee of the 4003 92nd Avenue SE Land Trust; and Occupants of the Premises is hereby entered.

DATED: this 3rd day of August, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge