UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA SAEPOFF,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC.,<br><br>    Defendants. | NO. C17-0957RSL<br><br>ORDER TERMINATING PARTICIPATION OF JILL J. SMITH AS COUNSEL FOR PLAINTIFF |

This matter comes before the Court on a letter from defense counsel Laura Coughlin (Dkt. # 65) and an Order of Reciprocal Discipline in Case No. 2:19-rd-0001WTM. As of March 4, 2019, attorney Jill J. Smith is suspended from practice before this Court. Her participation in this case as counsel for plaintiff is hereby TERMINATED. Attorneys W. Jeff Barnes and Lucy B. Gilbert now represent plaintiff, as stated in the Court's docket.

Dated this 5th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1