UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA SAEPOFF,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 2:17-CV-957-RSL<br><br>ORDER DENYING DEFENDANTS' MOTION TO COMPEL |

This matter comes before the Court on a motion to compel filed by defendants HSBC Bank USA, N.A. as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2007-WM2, Asset Backed Pass-Through Certificates ("HSBC"), MERSCORP Holdings, Inc. and Mortgage Electronic Registration Systems, Inc. (collectively, "MERS"), and Ocwen Mortgage Servicing, LLC ("Ocwen") (collectively, "defendants"). Dkt. #54.

Defendants filed their motion to compel discovery responses from plaintiff Jessica Saepoff on October 31, 2018. See Fed. R. Civ. P. 37. On December 5, 2018, plaintiff filed a response.[1] Dkt. #58. The delay was apparently due to counsel's litigation schedule and personal medical issues, as well as a notification from local counsel at the time, Jill Smith, of her intent to

---

[1] Plaintiff's response was late. See LCR 7(e). However, for the sake of completeness, the Court will take plaintiff's response into consideration.

ORDER DENYING DEFENDANTS' MOTION TO COMPEL - 1

withdraw from the case. Id. at 2. The response also stated that plaintiff's counsel intended to serve the discovery responses within ten days; i.e., on December 15, 2018. Id. Defendants did not file a reply. The Court accordingly finds that the motion is moot, although plaintiff is advised to adhere to her deadlines in the future.

For all the foregoing reasons, defendants' motion is DENIED.

DATED this 18th day of April, 2019.

*(signature)*
Robert S. Lasnik
United States District Judge