1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8

9    JESSICA SAEPOFF,                          Case No. 2:17-CV-957-RSL

10              Plaintiff,                      ORDER EXTENDING TIME

11        v.

12   NORTH CASCADE TRUSTEE SERVICES,
     INC., et al.,
13
                Defendants.
14

15   HSBC BANK USA N.A. AS TRUSTEE ON
     BEHALF OF ACE SECURITIES CORP.
16   HOME EQUITY LOAN TRUST AND FOR
     THE REGISTERED HOLDERS OF ACE
17   SECURITIES CORP. HOME EQUITY
     LOAN TRUST, SERIES 2007-WM2, ASSET
18   BACKED PASS-THROUGH SECURITIES,
19
                Counterclaimant,
20
          v.
21
     JESSICA SAEPOFF, et al.,
22
                Counterdefendants.
23

24

25        This matter comes before the Court on plaintiff Jessica Saepoff's unopposed "Motion for

26   Extension of Time." Dkt. #93. HSBC Bank USA N.A. as Trustee on Behalf of Ace Securities

27   Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home

28

     ORDER GRANTING PLAINTIFF'S
     MOTION FOR EXTENSION OF TIME- 1

Equity Loan Trust, Series 2007-WM2, Asset Backed Pass-Through Certificates ("HSBC")

moved for summary judgment against plaintiff on October 8, 2019. Though plaintiff failed to

timely respond as required by Local Civil Rule 7(d), she filed this motion requesting a 14-day

extension one week prior to the original response deadline. Plaintiff's counsel explains that the

request is in good faith and results primarily from sudden death of a family member requiring

emergency travel. Dkt. #93.

Because plaintiff has shown good cause for requesting an extension of time to respond,

and HSBC has not contested the extension, her Motion for Extension of Time (Dkt. #93) is

GRANTED. The Clerk of Court is directed to re-note HSBC's Motion for Summary Judgment

(Dkt. #90) for November 22, 2019. Plaintiff shall accordingly file her response to the motion on

or before November 18, 2019. See LCR 7(d).

DATED this 5th day of November, 2019.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME- 2