# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSICA SAEPOFF,<br><br>    Plaintiff,<br><br>       v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC.; et.al.<br><br>    Defendants;<br><br>―――――――――――――<br><br>HSBC BANK USA, N.A. AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2007-WM2 ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>    Counter-claimant/Cross-claimant,<br><br>       v.<br><br>JESSICA SAEPOFF; et. al.<br><br>    Counter-defendant/Cross-defendant | No.: Case No.: 2:17-cv-00957-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT HSBC'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 19, 2019 |

GILBERT LAW
10660 NE MANOR NE MANOR LN
BAINBRIDGE ISLAND, WA
206.293.0936

## ORDER GRANTING PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE having come before the Court on the Motion of Plaintiff, JESSICA SAEPOFF for an Extension of Time to file her Response to the Motion for Summary Judgment filed by Defendants HSBC Bank USA N.A. as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust Series 2007-WM2 Asset Backed Pass-Through Certificates, Mortgage Electronic Registration Systems, Inc., and Ocwen Loan Servicing LLC, and the Court having reviewed the file and being otherwise fully advised in the premises, HEREBY ORDERS AND ADJUDGES:

1. The Stipulated Motion for Extension of Time is granted.

2. Plaintiff's Response to Defendants' Motion for Summary Judgment is due no later than November 22, 2019.

3. Defendant's Reply is due no later than November 29, 2019.

4. The Clerk of Court shall re-note Defendants' Motion for Summary Judgment on the Court's calendar for Friday, November 29, 2019.

Dated this 19th day of November, 2019.

Robert S. Lasnik
United States District Judge

GILBERT LAW
10660 NE MANOR NE MANOR LN
BAINBRIDGE ISLAND, WA
206.293.0936